**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50162 |
| Plaintiff - Appellee, | D.C. No. 5:12-cr-00057-VAP-1 |
| v. | |
| PAUL EDWARD BELL, a.k.a. Best Choice, a.k.a. Paul Bell Edward, a.k.a. J-Roc, a.k.a. Jay the Truth, a.k.a. Jay-Roc, a.k.a. Jay Rich, a.k.a. Rich Rollin, a.k.a. Charles Bruce Watkins, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted October 14, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Paul Edward Bell appeals from the district court's judgment and challenges

his guilty-plea conviction and 360-month sentence for sex trafficking, in violation

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of 18 U.S.C. § 1591(a)(1), (a)(2), (b)(1), and (b)(2). Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Bell's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bell the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Bell has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED**.

**DISMISSED**.